IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 17 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-01636-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

KENNETH RICHARD SMITH,

    Petitioner,

v.

SHERIFF TED MINKS, P.O. Box 16700, Golden, CO, 80402-6700, and
THE COLORADO STATE BOARD OF PAROLE,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner has submitted a "Motion for Leave to Prceed [sic] in Forma Pauperis Pursuant to 28 U.S.C. 1915" and a document titled "Pursuant to 28 U.S.C. 2254 Writ of Habeas Corpus/ Seeking 'Immediate Release'". As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Petitioner will be directed to cure the following if he wishes to pursue his claims. Any papers which the Petitioner files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

| | | |
|---|---|---|
| (4) | __ | is missing required financial information |
| (5) | __ | is missing an original signature by the prisoner |
| (6) | X | is not on proper form (must use the court's current form) |
| (7) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | __ | other _____ |

**Complaint, Petition or Application:**

| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | X | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the prisoner |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the application and

the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 16th day of August, 2006.

BY THE COURT:

*/s/ Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01636** -BNB

Kenneth R. Smith
P.O. Box 16700
Golden, CO 80402-6700

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on _8-17-06_

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk